Opinion issued July 16, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00802-CV

———————————

## RYAN C. CARLSON, Appellant

## V.

## WELLS FARGO BANK, NA, Appellee

On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Case No. 17-CV-1558

## MEMORANDUM OPINION

Appellant, Ryan C. Carlson, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a) 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.